**No. 10-5539. David Elton Mandeville, Petitioner v. Paul K. Smeal.**

562 U.S. 1057, 131 S. Ct. 641, 178 L. Ed. 2d 472, 2010 U.S. LEXIS 9436.

November 29, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Third Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Third Circuit for further consideration in light of Commonwealth v. Mandeville, 11 A.3d 1009 (Pa Super. 2010).

**No. 10-6548. LaVern Berryhill, Petitioner v. Edward Evans, et al.**

562 U.S. 1057, 131 S. Ct. 649, 178 L. Ed. 2d 472, 2010 U.S. LEXIS 9263.

November 29, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit dismissed. See Rule 39.8.

**No. 10-6591. Barry Dwayne Minnfee, Petitioner v. Texas.**

562 U.S. 1057, 131 S. Ct. 652, 178 L. Ed. 2d 472, 2010 U.S. LEXIS 9151.

November 29, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Supreme Court of Texas dismissed. See Rule 39.8. As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

**No. 10-6676. Gregory Alan Ferqueron, Petitioner v. Dennis Straub, Warden, et al.**

562 U.S. 1057, 131 S. Ct. 657, 178 L. Ed. 2d 472, 2010 U.S. LEXIS 9295.

November 29, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

**No. 10-6699. Ernest Miller, Petitioner v. California.**

562 U.S. 1057, 131 S. Ct. 659, 178 L. Ed. 2d 472, 2010 U.S. LEXIS 9241.

November 29, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Supreme Court of California dismissed. See Rule 39.8.